IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE ECKMAN, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:10-cv-00962-G |
| vs. | § | |
| | § | |
| COMMERCIAL RECOVERY | § | |
| SYSTEMS, INC. | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff respectfully requests this Court to dismiss this matter without prejudice as this small dollar consumer fee shifting case is not economically sensible nor in compliance with Local Rule 83.10(a) to associate local counsel.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on June 4th, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.

/s/ Dennis R. Kurz<br>Dennis R. Kurz